NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RED CEDAR HARMONIA, LLC, INTELLECT SOLUTIONS, LLC,**

*Plaintiffs*

**SYSTEMS ENGINEERING SOLUTIONS CORP.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES, IGNITEACTION, LLC,**

*Defendants-Appellees*

---

2025-1673

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-01862-LAS, 1:24-cv-01863-LAS, 1:24-cv-01875-LAS, Senior Judge Loren A. Smith.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                 RED CEDAR HARMONIA, LLC v. US

(2)  Each side shall bear their own costs.


FOR THE COURT


June 2, 2025                                  Jarrett B. Perlow
Date                                          Clerk of Court


**ISSUED AS A MANDATE:** June 2, 2025